The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 19-CR-00083JLR |
| Plaintiff, ) | |
| ) | ORDER ON MOTION TO |
| v. ) | EXTEND SELF-SURRENDER |
| ) | DATE |
| HYUNG IL KWON, ) | |
| ) | |
| Defendant. ) | |

The Court having considered Hyung Il ("Jimmy") Kwon's Motion to Extend Self-Surrender Date (the "Motion") to Federal Correction Institution Mendota Satellite Camp, and finding that there is good cause to delay, it is hereby

ORDERED that the Motion to Extend Self-Surrender is hereby GRANTED; and it is further

ORDERED that Mr. Kwon's current surrender date of February 22, 2022, is extended to March 24, 2022.

DATED this 2nd day of February 2022.

_____
Honorable James L. Robart
United States District Judge

ORDER ON MOTION TO EXTEND SELF-SURRENDER DATE
OF KWON (19-CR-00120-RAJ) — 1
4869-8296-1164v.1 0113065-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Presented by:

Davis Wright Tremaine LLP
Attorney for Defendant Hyung Il Kwon

By *s/ Mark N. Bartlett*
   Mark N. Bartlett, WSBA #15672
   920 Fifth Avenue, Suite 3300
   Seattle, WA  98104
   Tel: (206) 757-8298 / Fax: (206) 757-7298
   E-mail: markbartlett@dwt.com

ORDER ON MOTION TO EXTEND SELF-SURRENDER DATE
OF KWON (19-CR-00120-RAJ) — 2
4869-8296-1164v.1 0113065-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax